Russell S. Thompson IV
David N. McDevitt
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
dmcdevitt@ThompsonConsumerLaw.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaleon Akins, on behalf of herself and all others similarly situated, <br>   Plaintiff <br><br> VS. <br><br> Seidberg Law Offices, P.C., <br>   Defendant. | § <br> § CASE NO. 2:18-cv-00954-DJH <br> § <br> § <br> § **STIPULATION AND ADDENDUM** <br> § **TO THE CLASS ACTION** <br> § **SETTLEMENT AGREEMENT** <br> § <br> § <br> § |

  Pursuant to the Court's request at the March 14, 2019 Final Fairness Hearing for clarification regarding the scope of the release of claims by the absent class members through the proposed settlement, and the Court's minute entry (Doc. 33) directing the parties to submit a revised proposed settlement agreement, Plaintiff Aaleon Akins and Defendant Seidberg Law Offices, P.C., hereby stipulate as follows:

  1.  This stipulation relates to the proposed class settlement agreement executed on September 24, 2018 and filed as an exhibit to the parties' joint motion for conditional certification and preliminary approval of class settlement agreement ("the Agreement"). Doc. 26-1.

1

2. Paragraph 2.5 of the Agreement provides that the Class Members are releasing certain claims through the settlement.

3. Paragraph 1.20 of the Agreement defines the Released Claims.

4. The release is defined with respect to Defendant, which is defined in Paragraph 1.12 of the Agreement to mean Seidberg Law Offices, P.C. and all officers, directors, shareholders, members, managers, agents, employees, representatives, clients, and insurers of Seidberg Law Offices, P.C.

5. For Plaintiff Aaleon Akins, the release is a broad, general release that covers all claims against Defendant, as defined in the Agreement, which therefore includes Ford Motor Credit.

6. For the Class, the release is limited to claims that the Class Members "could assert against Defendant as a result of alleged violations of the FDCPA or comparable state law that were alleged in this Litigation."

7. The only claims asserted by Plaintiff in this case were those arising under the FDCPA, 15 U.S.C. § 1692, *et seq.*, based solely upon a form letter, of which <u>Exhibit A</u> to Plaintiff's Complaint is an example.

8. The FDCPA does not apply to creditors, and creditors are not vicariously liable under the FDCPA for the alleged violations of debt collectors.

9. Plaintiff and Defendant know of no claims arising under Arizona state law that would mirror the FDCPA claims asserted by Plaintiff and the Class.

10. The Class Members' release does not apply to any claim, right, or cause of action that is not based upon the form letters at issue in this case.

11. Therefore, to the extent the Class Members are releasing claims against Defendant's clients, they are releasing only non-viable claims.

12. This stipulation is an addendum to, and revises, the Agreement.

*Aaleon Akins*
Plaintiff Aaleon Akins, individually
and as putative class representative

*Russell S. Thompson IV*
Russell S. Thompson IV
David N. McDevitt
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
dmcdevitt@ThompsonConsumerLaw.com
ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

*Kenneth Seidberg*
Kenneth Seidberg
Seidberg Law Offices, P.C.
2412 E Campbell Avenue
Phoenix, AZ 85016
Tel: 602-248-8117
Fax: 602-957-5287
ken@seidberglaw.com

*Manuel H. Newburger*
Manuel H. Newburger
Texas Bar No. 14946500
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Arizona 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Stipulation has been served on Defendant's attorney below through the Court's ECF system, on this 28th day of March, 2019:

/s/ David N. McDevitt
David N. McDevitt

SERVICE LIST:

Kenneth Seidberg
Seidberg Law Offices, P.C.
2412 E Campbell Avenue
Phoenix, AZ 85016
Tel: 602-248-8117
Fax: 602-957-5287
ken@seidberglaw.com

Manuel H. Newburger
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Arizona 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com

ATTORNEYS FOR DEFENDANT