**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaleon Akins, | No. CV-18-00954-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Seidberg Law Offices PC, | |
| Defendant. | |

Before the Court is Class Counsel's Unopposed Motion for Attorney's Fees and Costs (Doc. 36). In connection with the class action settlement granted final approval by the Court on May 21, 2019 (Doc. 35),[1] the Thompson Consumer Law Group, PLLC (hereinafter "Class Counsel") seeks an award of attorneys' fee in the amount of $15,000.00 to be paid by Defendant. The Settlement Agreement provided that Defendant would pay the Class Members' reasonable attorneys' fees and expenses in an amount not to exceed $15,000.00. (Doc. 26-1 at 13). However, the court "ha[s] an independent obligation to ensure that the award, like the settlement itself, is reasonable, even if the parties have already agreed to an amount." *In re Bluetooth Headset Products Liab. Litig.*, 654 F.3d 935, 941 (9th Cir. 2011).

The Court finds that Class Counsel is entitled to an award of reasonable attorneys' fees and expenses in connection with the approved settlement. *See* Fed. R. Civ. P. 23(h);

---
[1] For a detailed analysis of the settlement agreement and background of this matter see the Court's Order Granting Class Certification and Final Approval of Class Action Settlement (Doc. 35) and the Court's Order Granting Conditional Certification and Preliminary Approval of Class Action Settlement Agreement (Doc. 27).

*Camacho v. Bridgeport Fin., Inc.*, 523 F.3d 973, 978 (9th Cir. 2008). Accordingly, the Court has reviewed the Motion, and all documents submitted in support thereof, including Class Counsel's itemized time sheets and expenses and its affidavit regarding the attorneys for whom the motion seeks reimbursement. The Court further finds that the 50.5 hours of work performed by attorneys and the 12.2 hours by paralegals were reasonably spent on this matter. Additionally, given that Class Counsel has been appointed in numerous class actions, including FDCPA cases; courts have awarded them exactly the same rates requested here in previous cases; and courts in this District found similar rates appropriate in FDCPA cases, the Court finds that Class Counsel's requested rates are reasonable. *See Ogletree v. Cafe Valley Inc.*, 2018 WL 4179060, at *1 (D. Ariz. Apr. 13, 2018). Accordingly, applying the lodestar calculation, the presumptive reasonable attorneys' fees award is $20,415.00. (Doc. 36 at 5). However, here, the Settlement Agreement only provided for an attorneys' fee award of $15,000.00 and Class Counsel only requests an award of $15,000.00. Thus, the requested attorneys' fee award, inclusive of costs, is less than the lodestar amount. Therefore, the Court finds that the requested attorneys' fee award is reasonable.

Accordingly,

**IT IS ORDERED** that Class Counsel's Unopposed Motion for Attorney's Fees and Costs (Doc. 36) is **GRANTED**. Defendant Seidberg Law Offices, P.C. shall pay $15,000.00 in attorneys' fees and costs to the Thompson Consumer Law Group, PLLC.

Dated this 5th day of June, 2019.

Honorable Diane J. Humetewa
United States District Judge